UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELISE BONILLA,<br><br>                          Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>                          Defendant. | 25-CV-6293 (JGLC)<br><br>**SCHEDULING ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The parties are advised that the proceedings in this case will be governed by the federal Supplemental Rules for Social Security Actions and the Court's Local Social Security Rules.

To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Reznik.

If both parties consent to proceed before Judge Reznik, counsel for the Defendant must, **no later than August 18, 2025**, submit a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is available at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge. If the Court approves that form, all further proceedings will then be conducted before Judge Reznik rather than before me. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered.

If either party does not consent to conducting all further proceedings before Judge Reznik, the parties must file a joint letter, **no later than August 18, 2025**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent.** At that time, the Court will then refer this case to Judge Reznik for a report and recommendation. The parties are free to withhold consent to conducting all further proceedings before Judge Reznik without negative consequences.

Dated: August 6, 2025
       New York, New York

                                        SO ORDERED.

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge