```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 11/18/2025 _
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
Elsie Bonilla,

                              Plaintiff,

                -against-

Commissioner of Social Security,

                          Defendant.
-------------------------------------------------------------------X

                                  25-cv-06293-VR

                                  **ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On October 8, 2025, in accordance with a standing order issued by Chief Judge Swain (amended on October 2, 2025), this Court issued an order staying all deadlines in this action, due to a lapse of funding to the United States Department of Justice. (ECF No. 137).

As of November 12, 2025, the funding was restored. Accordingly, the stay is hereby lifted. Because the administrative record was filed on November 17, 2025, Plaintiff is directed to file its motion for judgment on the pleadings by December 17, 2025.

      **SO ORDERED.**

DATED:     White Plains, New York
              11/18/2025

                                  _____
                                  VICTORIA REZNIK
                                  United States Magistrate Judge

1